FILED

11/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0503

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0503

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

RICK DENNIS STROBEL,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 20, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 13 2023